

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

May Wojcik

_____

Write the full name of each plaintiff.

-against-

VillageCare Max

112 Charles St

NY NY    10014

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____

(Include case number if one has been
assigned)

# COMPLAINT

Do you want a jury trial?
☒ Yes    ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Fair Labor Standards Act (FLSA) Overtime

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , **May Wojcik**_____ , is a citizen of the State of
(Plaintiff's name)

**New York**_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **VillageCareMax**, is a citizen of the State of
(Defendant's name)

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **VillageCareMac**, is incorporated under the laws of

the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| May | | Wojcik |
|---|---|---|
| First Name | Middle Initial | Last Name |

**1 Lakeside Ln**

Street Address

| Westhampton | NY | 11977 |
|---|---|---|
| County, City | State | Zip Code |

| 917-703-0700 | Maywojcik@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

VillageCareMax

First Name                              Last Name

_____

Current Job Title (or other identifying information)

112 Charles St.

Current Work Address (or other address where defendant may be served)

NYC                                          NY

County, City                          State                    Zip Code

Defendant 2:

_____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                    Zip Code

Defendant 3:

_____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                    Zip Code

Page 4

Defendant 4: _____

_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                   State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   **VillageCareMax 112 Charles St, NYC**

Date(s) of occurrence:   **9/2018 to 4/2022**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Management required me to knowingly work excessive hours as documented to

accomplish their goals without compensation of overtime utilizing the status of

"exemption" despite my job title and accountabilities of a non manager.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Worked an average of 15 hours overtime which included nights and weekends.

Overtime rate is 95.48 an hour x 15 hours/week x 52 weeks x 2 years plus 100 percent

liquidated damages x 4. I have worked overtime since 2018.

_____
_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 6/29/22 | *May Wojcik* |
|---------|--------------|
| Dated | Plaintiff's Signature |

| May | | Wojcik |
|-----|--|--------|
| First Name | Middle Initial | Last Name |

1 lakeside ln
Street Address

| Westhampton | NY | 11977 |
|-------------|-----|-------|
| County, City | State | Zip Code |

| 917 - 703 - 0700 | maywojcik@yahoo.com |
|------------------|---------------------|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

  If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



UNITED STATES
POSTAL SERVICE

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

■ Expected delivery date specified for domestic use.

■ Most domestic shipments include up to $50 of insurance (restrictions apply).*

■ USPS Tracking® included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

7020 0090 0000 0773 5543

PRIORITY® MAIL

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



U.S. POSTAGE PAID
PM
WESTHAMPTON, NY
11977
JUL 12, 22
AMOUNT
**$12.95**
R2305M144153-08
1020
10007

**FROM:**
May Wojcik
1 Lake Side Ln
Westhampton NY 11977

**TO:**
Pro Se Intake
500 Pearl St, Rm 200
NY NY 10007

2022 JUL 14 PM 3:15

SDNY PRO SE OFFICE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.